## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 2:19-cv- 00119-JRG |
| v. | § | |
| | § | Jury Trial Demanded |
| APPLE INC., | § | |
| | § | |
| *Defendant.* | § | |

## THIRD AMENDED DOCKET CONTROL ORDER

Pending before the Court is Plaintiff's Unopposed Motion for entry of an Amended Docket Control Order to extend certain deadlines. Good cause appearing, the motion is hereby **GRANTED**. The following deadlines are now in effect until further order of the Court.

| Previous Deadline | New Deadline | Event |
|---|---|---|
| September 14, 2020 | December 7, 2020 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| August 17, 2020 | November 9, 2020 | *Pretrial Conference – 9:00am in **Marshall, Texas** before Judge Roy Payne |
| August 3, 2020 | October 26, 2020 | *Notify Deputy Clerk in Charge regarding the date and time by which juror questionnaires shall be presented to accompany by jury summons if the Parties desire to avail themselves the benefit of using juror questionnaires[1] |

---

[1]The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire.*

| Previous Deadline | New Deadline | Event |
|---|---|---|
| August 3, 2020 | October 26, 2020 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| August 3, 2020 | October 26, 2020 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| July 27, 2020 | October 20, 2020 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| July 22, 2020 | October 14, 2020 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| July 22, 2020 | October 14, 2020 | Serve Objections to Rebuttal Pretrial Disclosures |
| July 8, 2020 | October 1, 2020 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| July 1, 2020 | September 24, 2020 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| Previous Deadline | New Deadline | Event |
|---|---|---|
| June 22, 2020 | September 15, 2020 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| June 8, 2020 | September 1, 2020 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 8, 2020 | September 1, 2020 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| June 8, 2020 | September 1, 2020 | Deadline to Complete Expert Discovery |
| May 20, 2020 | August 12, 2020 | Serve Disclosures for Rebuttal Expert Witnesses |
| April 29, 2020 | July 22, 2020 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| April 29, 2020 | July 22, 2020 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

---

[2]The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| Previous Deadline | New Deadline | Event |
|---|---|---|
| April 14, 2020 | June 26, 2020 | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| April 1, 2020 | No change | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**SIGNED this 7th day of April, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE