**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC | § | |
| | § | |
| v. | § | Case No. 2:19-CV-119-JRG-RSP |
| | § | |
| APPLE INC. | § | |

**ORDER**

Previously, the Court appointed Shane Nelson as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.  The Court has received Mr. Nelson's invoice for services through March 27, 2020 in the amount of $28,857.06 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:                                                  $14,428.53

Defendants:                                            $14,428.53

**SIGNED this 21st day of April, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE