IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 2:19-cv-00119-JRG-RSP |
| | § | |
| APPLE, INC., | § | |
| | § | |
| Defendant. | § | |

## MEDIATOR'S REPORT

On June 17, 2020, a mediation was held in the above-captioned case via Zoom videoconference. All parties and their attorneys were present. A settlement was reached at the mediation subject to the execution of final settlement documents.

Note from the Mediator (if any):


Signed: June 18, 2020


/s/ *Jeff Kaplan*_____
Hon. Jeff Kaplan (Ret.)
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

/s/ Judy Stephenson
Judy Stephenson
Case Manager